### EDWARDS *v.* THE STATE.

EVANS, P. J. There was no abuse of discretion in refusing to change the venue, under the facts of the case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
APRIL 13, 1915. REHEARING DENIED APRIL 23, 1915.

Application for change of venue. Before Judge Highsmith. Glynn superior court. March 22, 1915.

*Max Isaac,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* and *J. T. Colson,* contra.